IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03364-MEH

**THERESA EGAN**, **BRIAN BARKER**, and **SABRINA BUDDEN-WRIGHT**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION,**

    Defendants.

## THIRD [PROPOSED] SCHEDULING ORDER

For good cause shown, the Court GRANTS the Parties' Joint Motion to Amend the Scheduling Order. As set forth in the Parties' Joint Motion, the Second Amended Scheduling Order (ECF 52) is amended as follows:

| | |
|---|---|
| **Phase I Discovery Cut-Off:** | January 24, 2025 |
| **Deadline for Motions for Summary Judgment:** | February 7, 2025 |
| **Deadline for Plaintiffs' Motion for Class Certification:** | February 7, 2025 |
| **Deadline for Plaintiffs' Class Expert Disclosures:** | February 7, 2025 |
| **Deadline for Defendants' Class Expert Disclosures:** | February 28, 2024 |
| **Defendants' Response to Motion for Class Certification:** | February 28, 2024 |
| **Responses to Motions for Summary Judgment:** | February 28, 2024 |
| **Plaintiffs' Reply in support of Motion for Class Certification:** | March 19, 2024 |
| **Replies to Motions for Summary Judgment:** | March 19, 2024 |

1

SO ORDERED this _____ day of _____, 2024.

_____
Magistrate Judge Michael E. Hegarty