IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03364-MEH

THERESA EGAN, *et al.*, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FASTAFF, LLC and
U.S. NURSING CORPORATION,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on August 21, 2024.**

    For good cause shown, the Court hereby **grants** the Parties' "Joint Motion to Amend the Scheduling Order" [ECF 123]. The Court modifies the case schedule as follows:

| | |
|---|---|
| Phase I Discovery Cut-Off: | January 24, 2025 |
| Deadline for Motions for Summary Judgment: | February 7, 2025 |
| Deadline for Plaintiffs' Motion for Class certification: | February 7, 2025 |
| Deadline for Plaintiffs' Class Expert Disclosures: | February 7, 2025 |
| Deadline for Defendants' Class Expert Disclosures: | February 28, 2025 |
| Defendants' Response to Motion for Class Certification: | February 28, 2025 |
| Responses to Motions for Summary Judgment: | February 28, 2025 |
| Reply in support of Motion for Class Certification: | March 19, 2025 |
| Replies to Motions for Summary Judgment: | March 19, 2025 |