# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03364-MEH

THERESA EGAN, BRIAN BARKER, and SABRINA BUDDEN-WRIGHT, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

FASTAFF, LLC and U.S. NURSING CORPORATION,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    __Plaintiffs__.

    DATED at Denver, Colorado this __22nd__ day of __November__, 20__24__.

                                                            _/s/ Benjamin J. Stueve_
                                                            Name of Attorney

                                                            Stueve Siegel Hanson
                                                            Firm Name
                                                           460 Nichols Rd, Suite 200
                                                           Office Address
                                                           Kansas City, MO 64112
                                                          City, State, ZIP Code
                                                           816-714-7100
                                                           Telephone Number
                                                           ben.stueve@stuevsiegel.com
                                                           Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this __22nd__ day of November, 2024___ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Fastaff, LLC
c/o Registered Agent
C T Corporation System
7700 E Arapahoe Rd, Ste 220
Centennial, CO 80112-1268

U.S. Nursing Corporation
c/o Registered Agent
C T Corporation System
7700 E Arapahoe Rd, Ste 220
Centennial, CO 80112-1268

/s/ Benjamin J. Stueve