IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03364-CYC

**THERESA EGAN**, **BRIAN BARKER**, and **SABRINA BUDDEN-WRIGHT**,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PLAINTIFFS' REPLIES IN SUPPORT OF THEIR MOTIONS FOR CLASS CERTIFICATION**

---

Defendants Fastaff, LLC and U.S. Nursing Corporation (collectively, "Fastaff" or "Defendants"), pursuant to D.C.COLO.LCivR 7.2, respectfully submit this Unopposed Motion to Restrict Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification of State Law Overtime Claims and Plaintiffs' Reply in Support of Plaintiffs' Motion for Rule 23(b)(3) Certification of Bait and Switch Classes ("Reply Motions").

**CERTIFICATE OF CONFERRAL**

Counsel for Defendants certifies that she conferred with counsel for Plaintiffs on May 6, 2025 regarding this Motion. Plaintiffs do not oppose the relief requested in this Motion.

**MOTION**

1. On February 21, 2025, Plaintiffs filed their Motion for Class Certification of State Law Overtime Claims [ECF No. 130] and Motion for Rule 23(b)(3) Certification of Bait and Switch Classes [ECF No. 131] (collectively, "Plaintiffs' Motions) as Restricted – Level 1.

1

2. The Court granted Defendants' Motion to Restrict Plaintiffs' Motions and Exhibits, on March 13, 2025. Plaintiffs' Motions and Exhibits are Level 1 Restricted. [ECF No. 137].

3. Defendants filed Responses in Opposition to Plaintiffs Motions as Restricted – Level 1. [ECF Nos. 139 and 140].

4. Defendants also filed their Motion to Restrict Defendants' Responses in Opposition to Plaintiffs' Motions for Class Certification and All Exhibits on April 4, 2025. [ECF No. 141]. The Motion to Restrict Defendants' Responses in Opposition to Plaintiffs' Motions for Class Certification and All Exhibits remains pending. Defendants' Responses and Exhibits remain Level 1 Restricted pending the Court's ruling on the Motion to Restrict Defendants' Responses. [ECF No. 141].

5. Plaintiffs filed their Reply Motions on April 25, 2025 as Restricted – Level 1. [ECF Nos. 144 and 145].

6. Consistent with previous briefing, Defendants ask the Court to maintain this restriction. The Reply Motions contain highly sensitive business and personal information about Fastaff's employees, Fastaff's employment practices and business procedures, and sensitive business information and are based on documents marked "Confidential" by Fastaff to ensure that they are covered by the Stipulated Protective Order entered in this matter on February 29, 2024. [ECF No. 114].

7. Plaintiffs' Reply Motions reference the previously filed motions and exhibits, which are all Level 1 Restricted. The Reply Motions also reference and describe Fastaff's confidential business information, including its sales, recruiting, and employment practices. Disclosure of this highly sensitive information would harm Fastaff. *Turner Ins. Agency, Inc. v.*

*Farmland Partners Inc.*, No. 18-CV-02104-DME-NYW, 2020 WL 6870564 at * 2 (D. Colo. Feb. 7, 2020) (granting the motion to restrict because "public disclosure of the documents would reveal" information that could harm defendants' competitive standing).

8. The risk of harm to the privacy of Fastaff and its employees outweighs the need for the public to have access to this confidential information. *See Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1136 (10th Cir. 2011) (permitting sealed filing containing personal and other confidential information); *Stachmus v. Guardian Life Ins. Co. of Am*., 853 F. App'x 268, 273 (10th Cir. 2021) (explaining the court has previously granted motions to seal medical records and internal confidential business records).

9. The information contained in Plaintiffs' Reply Motions is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

10. Fastaff seeks to maintain the Level 1 restriction, the lowest level of restriction. Permitting a Level 1 Restriction of Plaintiffs' Reply Motions is the only method that can adequately protect Fastaff and its employees' confidential information.

WHEREFORE, Fastaff respectfully requests this Court maintain a Level 1 Restriction for Plaintiffs' Reply Motions [ECF Nos. 144 and 145].

Respectfully submitted this 9th day of May, 2025.

/s/ *Bronwyn H. Pepple*
Bronwyn H. Pepple
Mairead Dolan
Rena E. Meisler
WILLIAMS WEESE PEPPLE & FERGUSON PC
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Email: bpepple@williamsweese.com
          mdolan@williamsweese.com
          rmeisler@williamsweese.com

*Attorneys for Defendants Fastaff, LLC and U.S. Nursing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following counsel of record via email:

George A. Hanson
Alexander T. Ricke
Crystal Cook Leftridge
K. Ross Merrill
Benjamin J. Stueve
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Email: hanson@stuevesiegel.com
          ricke@stuevesiegel.com
          cook@stuevesiegel.com
          merrill@stuevesiegel.com
          ben.stueve@stuevesiegel.com

*Attorneys for Plaintiffs and the Putative Class and Collective*

/s/ *Brenda Trujillo*
WILLIAMS WEESE PEPPLE & FERGUSON P.C.